corporation, defendant.  From a judgment for plaintiff, defendant appeals.

MEYER SHAPIRO, for appellant.

BUSCH, LIESSMANN & ROEMER, for appellee.

MR. JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1752*—*when judgment affirmed for insufficiency of abstract.* Where, on appeal, the abstract, in referring to the result of the hearing, merely states: "Verdict of jury. * * * Judgment on the verdict," without stating the nature of the verdict and judgment, the judgment will be affirmed, pursuant to the rule that the Appellate Court will not search the record for grounds for reversal.

---

### Frank W. Stewart, Appellee, v. L. Wilson et al. William W. Link, Appellant.

### Gen. No. 24,250.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN RICHARDSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Replevin by Frank W. Stewart, plaintiff, against L. Wilson *et al.*, defendants.  From a judgment for plaintiff, defendant William W. Link appeals.

CHRISTIAN C. H. ZILLMAN, for appellant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Haase, Hanley & Howard and John C. Burchard, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

## Abstract of the Decision.

1. Replevin, § 123*—*when ownership by plaintiff shown.* In an action of replevin, evidence *held* sufficient to support a finding that the property was owned by plaintiff.

2. Pledges, § 9*—*when pledgee acquires no title as against real owner of manufactured article.* On replevin, the fact that, under a contract between plaintiff and a manufacturer, plaintiff bought raw material and delivered it to the manufacturer to be manufactured into articles, the cost of the material being charged to the manufacturer and credited on the amount which plaintiff agreed to pay, does not deprive plaintiff of his right of possession of the manufactured article, and one to whom the manufacturer pledged them acquires no title as against plaintiff.

---

## Edward Girdzus, by John Girdzus, Appellee, v. Simon Van Etten et al., Appellants.

### Gen. No. 23,598.

1. Municipal corporations, § 1038*—*when evidence sustains verdict for injuries due to building material on sidewalk.* In an action to recover for personal injuries alleged to have been received by coming in contact with building material piled on a sidewalk, evidence *held* sufficient to sustain a verdict for plaintiff.

2. Witnesses, § 214*—*when party is bound by answer to question on cross-examination.* If, in cross-examining a witness as to matters outside of the direct examination, counsel for a party is surprised by his answers by reason of their being contrary to a

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.